UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Buffets, Inc., | Civil Action No. 05-CV-1864 MJD/AJB |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF WITH PREJUDICE** |
| International Pacific Seafoods, Inc. | |
| Defendant. | |

---

The above entitled matter is hereby DISMISSED WITH PREJUDICE and without the award of any costs, disbursements, or attorneys' fees to either party based upon and according to the above Stipulation.

LET JUDGMENT BE ENTERED ACCORDINGLY AND WITHOUT DELAY.

BY THE COURT:

Dated: January 6, 2006    s/ Michael J. Davis
United States District Court